2018 Seventh Ave., Inc., Respondent, *v.* Nach-Haus Leasing Corporation, Appellant.

Submitted January 4, 1943; decided January 21, 1943.

Motion by appellant for reargument of motion to dismiss or to require additional bond denied. Motion by respondent to resettle order dated December 10, 1942, denied. [See 289 N. Y. 490.]

In the Matter of the Claim of Nicholas Cretella, Appellant, against New York Dock Company et al., Respondents.

State Industrial Board, Appellant.

Submitted January 11, 1943; decided January 21, 1943.

Motion for reargument by New York Dock Company, or to amend the remittitur denied, with ten dollars costs and necessary printing disbursements. [See 289 N. Y. 254.]

City of New Rochelle, Respondent, *v.* Morgan H. Seacord, Appellant et al., Defendants.

Reported below, 264 App. Div. 882.
Submitted January 11, 1943; decided January 21, 1943.

*Aaron Simmons, Corporation Counsel (Murray C. Fuerst* of counsel), opposed.

Motion dismissed, with ten dollars costs and necessary printing disbursements on the ground that the order does not finally determine the action within the meaning of the Constitution.